1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

11

### EASTERN DISTRICT OF CALIFORNIA

12

FRANK ALLEN TRAVALINI,            )            1:04-cv-06588-OWW-TAG HC
                                  )
13                                )
                                  )            ORDER GRANTING PETITIONER'S
14              Petitioner,       )            MOTION FOR EXTENSION OF TIME TO
                                  )            RESPOND TO COURT'S ORDER
15                                )            (Doc. 13)
                                  )
16      v.                        )
                                  )
   THE PEOPLE OF CALIFORNIA,      )
17                                )
              Respondent.         )
18  _____)

19

20

21          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

22  pursuant to 28 U.S.C. § 2254.  Petitioner filed his Petition on November 22, 2004, with the Clerk of

23  the U.S. District Court for the Eastern District of California, Fresno Division.  (Doc. 1)

24          On May 19, 2005, Petitioner filed a motion for the appointment of counsel.  (Doc. 9).  In that

25  motion, Petitioner alleged, under penalty of perjury, that he is presently incarcerated in the California

26  State Hospital and is suffering from "grave mental disorder" that compromised his ability to

27  represent himself in these proceedings.  (Id., p. 3).

28  ///

1

1    On June 17, 2005, the Court issued an order directing Petitioner to file a supplement to the

2  motion for appointment of counsel, in which Petitioner was to supply additional information related

3  to his present mental condition.  (Doc. 12)  On July 21, 2005, Petitioner submitted the instant

4  motion for extension of time to comply with the Court's June 17, 2005 Order.  (Doc. 13).   As

5  grounds therefore, Petitioner asserts that the patient who was assisting him in these proceedings is no

6  longer at Atascadero State Hospital.  (Id.).

7                                                              **ORDER**

8    Accordingly, GOOD CAUSE appearing therefore, Petitioner's motion for an extension of

9  time to file supplemental mental health information (Doc. 13), is hereby GRANTED.  Petitioner has

10  thirty (30) days from the date of service of this Order to provide the Court with the information

11  described in the Court's June 17, 2005 Order.

12

13  IT IS SO ORDERED.

14  **Dated:    August 1, 2005                          /s/ Theresa A. Goldner**
     j6eb3d                                          UNITED STATES MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

2